PLAINTIFF Creditor:

TAMIKA L. SUTTLES
5101 BASS LAKE RD #3
CRYSTAL MINNESOTA 55429
202 427 7705

V.

STATE OF MINNESOTA

RECEIVED BY MAIL
FEB 09 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

22-cv-399 ECT/JFD

Case #21-3764 Emergency Send Documents to Follow After Request
UC7 Bond on File #19cv667

CASE NO. 27-MH-PR-21-676

STATE OF MINNESOTA   **FEDERAL CONSTITUTIONAL & CIVIL RIGHTS TORT VIOLATION**
COUNTY OF HENNEPIN   **STATUS OF REMOVAL TO ENFORCE PROTECTION CLAUSES**
                     **WRIT OF MANDAMUS ATTACHED AFFIDAVIT**
FOURTH JUDICIAL DISTRICT   **INFRINGEMENT OF INALIENABLE BLOODLINE RIGHTS**
PROBATE/MENTAL HEALTH DIVISION   **CEASE AND DESIST & RESTRAINING ORDER**
                     **BLOODLINE INTELLECTUAL PROPERTY RIGHTS***
MENTAL HEALTH RESOURCES   **17 CV 4066 IN SEARCH OF ALL ARCHIVES & VAULTS**
SEWARD TCM TEAM
2105 MINNEHAHA AVENUE
MINNEAPOLIS MINNESOTA 55404
651 341 0846
MELISSA DAVID, LICSW
KELLY MUNOZ

FAIRVIEW MEDICAL CENTER
RIVERSIDE
MINNEAPOLIS MN

HENNEPIN COUNTY MEDICAL CENTER

ANOKA COUNTY METRO FACILITY

NORTH MEMORIAL MEDICAL CENTER

DPA & FOIA PLACING ALL OTHER MENTAL HEALTH FACILITIES ON CIVIL LEGAL NOTICE

ALL FUSION CENTERS

ALL MEDICAL CENTERS

ALL LAW ENFORCEMENT AGENCIES

ALL BAR MEMBERS JUDGES, PROSECUTORS, PUBLIC DEFENDERS,

SCANNED
FEB 10 2022
U.S. DISTRICT COURT MPLS

LAWYERS, ATTORNEYS

ALL MANDATED REPORTERS TITLES

PUBLIC DEFENDER ON RECORD
AARON POWELL
PO BOX 6007
612 750 3752

DPA & FOIA REQUEST ORDER PLACING A CIVIL LEGAL NOTICE TO ALL RESPONDENT(S) DISCOVERED DURING ALL INVESTIGATIONS TO BE ASSERTED.

SPECIAL APPEARANCE AFFIDAVIT AND CIVIL LEGAL JUDICIAL NOTICE

Plaintiff Creditor Tamika suttles has successfully affidavit protected her estates and registered them at all required locations with public announcements and notifications placed in all civil lawsuits, including protection, restraining, cease and desist order(s) for protection compliance.

Plaintiff do not consent and do not authorize and reject immediately to participate in any mental health probate court mock trials and reject any and all of its proceedings of all the cases that guilty governments and other titles, guilty public and private employees and other titles, guilty public and private citizens and other titles, that are operating in public buildings guise as governments with unauthorized authority titles, and unauthorized controls of how earth and space operates, as ways to stop all illegal acts and processes committed by these perpetrators take effect immediately and eliminate problems and all compromised sources that caused them that is stated all in text about consequences they will have to take those F.D charges themselves, and since these sources are breaching their fiduciary duties, with errors of omission, fraud, perjury, and misstatements, including other violations being discovered and listed, still choose to opt out all forced corporate jurisdictions, including any other title label jurisdictions that has already caused hardship,using legalese and verbiage deceiving and destroying text that was intended to be a starting point to honorable system that elders and other sources fell astray and abused unauthorized authority and marker(s) will continue to be investigated while plaintiff added clauses to her estates that are protected in lawsuits and affidavits, in order to expose all discrepancies as a victim, a witness, that observed government misconduct on all major levels of operations

and apparently someone either requested or petitioned her as a alleged respondent to the state of minnesota mental health probate courts on many occasions as intimidation tactics from civil lawsuits that was actually won through a common law administrative resolution and remedy method plaintiff asserting and enforcing her inalienable rights opted for, and following all proper protocols and procedures after the discovery that all level sectors courts are committing constitutional and civil rights tort violations, each of these public and private employees in all title capacities are in violation of plaintiff 6th amendment right such as actual competent court employees, counsel and of choice, including competent jury, 7th amendment right of common

law options, 5th amendment rights, 8th amendment rights cruel and unusual acts,14th amendment rights of due process violations, 4th amendment violations the whole clause was violated and bloodline intellectual properties of information and access was altered and is stalled unto new process is prepared, all other amendments is being violated also, including 42 U.S.C 1983 Act, and waiting to be able to hold all respondents responsible to 18 U.S.C 242 & 241, and also extend many other violations to enforce against respondent(s), including the pharmaceutical companies for the damages that the neuroleptics caused to plaintiff and will wait to further explain in depth details until all orders and request are adhered to and honored and all level courts on notice that the judges kept allegedly deciding on these probate cases without a requested rights that are being mentioned and judges are liable to the charges and consequences that is being requested of a warrant order of criminal and civil charges be actually impose to execute and enforce along with a seizure warrant to collect all surety and security bond(s) policy information, all professional liability insurance policies numbers and information, all license information to follow accurate methods to eventually have all public and private employees and government titles they are operating committing government misconduct and properly remove them from position, seat, office, and all other areas that is needed to accurately get my bloodline rights and compensation so plaintiff can accurately do necessary steps to a new process that will ensure a healthy and safe methods to ensure success.

Plaintiff also wants to reminds the courts that she has been in compliance and last case closed april of 2020 and may of 2021 from another false accusation and forced alleged workers and fusion centers ponzi schemes process as a (for profit misconduct) tactics, accounting records are being requested and due to due process violations of plaintiff rights of not being able to assert necessary previous discharge recommendations of alerting family, workers, local law enforcements, and other safety plan sources in case neighbors cause confrontation again and to avoid contact, to contact all sources to finally get neighbors investigated and have harassment charges and possible eviction placed on tenant neighbors in # 1 that are the same sources who kept calling to get tenant in #3 to lose housing off false information and these tenants in # 1 are the sources causing hardship in the building as snitches and informants and had more cop calls of drug and alcohol use, assault charges, and disorderly conduct, that previous tenants in building all complained about, on 1/25/2022 to 1/28/2022 kelly munoz heard the tenants fighting by phone and cops going to unit #1 about fighting disturbances because they were doing drugs and throwing heavy equipment around trying to pick fights with people in building and cop that came saw unauthorized equipment and smelled there drugs in hallways and failed to investigate all tenants complaints due to them doing harassment work for the same officer that needs to be investigated also and gave a ride to a drug addict and prostitute that are the neighbors in unit #1 and knows about wait all tenants who became victims filed multiple police complaints of the tenants in unit # 1 harassment but the victims end up in the hospitals for asserting their rights to have a safe dwelling and housing regardless if these tenants that possibly know government sources that is ignoring all warning signs these tenants in number #1 should be investigated, charged criminally and civilly and tenancy should be finally questioned.

These tenants in unit # 1 are Kenneth benard Heard, Sheila halsey meeks, Ykesha chabar evans 8 6 1978, sonia deni evans/ sonya michelle evans, tenancy from 2016 to recent check all

police reports to the building and the rest of the names like a murphy? And license plates will be mentioned in lawsuits for attacks against # 3 and plaintiff in #3 is waiting to explain all harassment in a federal civil public process to finally get matters exposed as a request for all police reports to the building.

Plaintiff has been in process of contacting civil rights attorneys, following suggested methods if they keep harassing and plaintiff is not the one trying to risk her housing because of tenants in # 1 and there constant sober then drunk and drugged outbursts of them knowing people in government that ignore or stall investigations due to them doing sexual favors as prostitutes and some of there family is snitches and that cops they know allowed these harassment to happen.

Plaintiff has been falsely imprisoned on many occasions at facilities and discovered during these without consent forced kidnapping detainments that was placed in locked rooms, served 3 times a day with forced neuroleptic medications that caused major bodily damages, which pharmaceutical companies will be served with lawsuit requests for all bonds and all liability insurance policy information in order to file all necessary claims along with the doctors, nurses, judges, and other public and private employees being placed on notice of same claims to be filed of negligence and harmful intent of malpractice civil suits for continuing to attempt force administer with knowing fda side effect warnings and plaintiff been suffering and enduring having to continue to take which is coercion or threats of another unauthorized commitment which is kidnapping they will keep threatening and perjuring documents with double jeopardy errors of omissions,and misstatements using non accurate information of plaintiff trying to get referrals from local minnesota network doctors to go out of state to doctors that are whistleblowers and have won lawsuits against what they was guiding plaintiff to help get accurate healthcare that the state of minnesota medical facilities forced stall tactics and caused harm to others in my family and lawsuits awaits that too and instead of allowing plaintiff to get as many medical opinions that she needed before matters of health damages to body functions got worse they make up false statements when plaintiff ask for dpa and foia requests and to have licensed in those areas of experience doctors from out of state examine plaintiff that would have produced the necessary evidence that will prove that plaintiff is not ill or the false diagnoses that caused defamation and slander to her character, background, name, and estates, and trying to illegally force administer her estates in probate mental health court without consent.

-Plaintiff just got notification on 1 28 2022 around three days after sheriffs knocked on her 5101 bass lake rd crystal minnesota 55429 and is responding to a letter of inaccurate information.

-Plaintiff also had a phone visit with Dr. Van Cleve @ 1 27 2022 and got prescriptions sent to the pharmacy and have a bottle remaining of the multiple bottle pills that she was released with.

-Plaintiff also left apartment to avoid confrontation as dpa and foia request about building history can be obtained due to statements neighbors made sober, drunk, and on drugs so statements to faxed crystal police department was based on statements neighbors in unit # 1 made.

--Plaintiff apartment in in lower level and communication trouble possibly made levels of tone confused tenant did required methods to call safety plan sources if tenants start trouble again so plaintiff called safety plan and altered that what was being yelled and stated by what the neighbors said and plaintiff only responded with if what the neighbors in unit one is stating is true then they need to investigate them and quit violating the constitutional and civil rights of tenant # 1 that is the plaintiff in all civil lawsuits awaiting payment and to help move plaintiff to a different location as lawsuits against the landlord and there tenants in unit #1 continues.

-Plaintiff is uncomfortable because these tenants argue all the time and when she calls to ensure they wont harass her she get threatened with false mental health detainments of public employees committing government misconduct off false accusations and misinterpretations of her asking with her phone being hacked and calls signals constantly fading try to follow recommended safety plan and she left location until all matters are resolved.

-Plaintiff is observing the government use unauthorized means from criminals that did illegal acts force intimidation tactics with false authority rulings to have police and sheriff and judges possibly risk there jobs, careers, and freedom, if they keep trying to listen to the illegal sources of non credible informants that did technical crimes and tried to frame plaintiff with unauthorized and perjured letters to force a illegal attempt to false imprison mental health commitment that a federal lawsuit is open currently case number 21.3764 and awaits all other cases to be enforced

-Plaintiff is about to serve these affidavits to the federal courts effective immediately and to judge philip carruthers after phone call to clerk attempts kept getting intercepted and was trying to give a verbal notification alerting of all errors and that some government sources which dpa and foia request will reveal once received of the conflicting committing government misconduct sources of public employees who oath affirmations, oath bonds, all profession surety bonds, all security bonds and all professional liability insurance policy information is received to plaintiff.

Case law to support plaintiff claims and rights to enforce lawsuit protection requests for plaintiffs

-Violation of Oath by a public officer Georgia court found officer guilty of violations of his oath in office.
Beard v. state 300 GA App. 146. 2009 o.c ga SS 15-16-4

-Ceorcion of sexual favors- oath violations reynolds v. state 3334 GA App. 496 2015

-identity theft oath violation
Gaskin v. State 318 GA App 8 2012

-Snitch Inmate violation of oath ?
Beach vs. state. 300 GA. 146 2009

Judge oath Bonds- RCW 35.20.180.
Judge Oath of Office Official bonds -

Every Judge of such municipal court before he is or she is sworn into office must have before entering upon duties.
2009 G 549 ss 20378; 1965 c 7 35. 20 .1 80 Pro 1955 c 290.

-Plaintiff in 2014 with the successful help of attorney Jill clark did a status of removal exposing the same constitutional and civil rights tort violation for asserting to have ensured that plaintiff inalienable rights shall not be infringed for plaintiff seeking ancestry deeds and wealth to space.

-Plaintiff successfully claimed and protected her estate with affidavits case number 17 cv 4066.

-Plaintiff do not in states jurisdiction or any other jurisdiction that is in questioning as respondents in all lawsuits of compromised public and private employees, and is navigating using common law administrative resolution and remedy enforcing inalienable rights guaranteed that shall not be infringed and somehow once new access is available correct security breach.

-Plaintiff observed after reviewing case law and other factors that the prosecutors, judges, public defender, forced appointed along with medical staff and other public and private employees guise as governments, committing, government misconduct, and the 6th amendment violations bonds and liability was not asserted as collateral to all cases brought that caused hardship and harm to plaintiff estates and plaintiff and other backend hacks must ensure that all respondents involved can't cause any further civil rights tort violations and all ways security breaches was discovered there will have to be a way to halt all other violations.

False Imprisonment case law:

False imprisonment or unlawful imprisonment occurs when a person intentionally restrict a person's movement within any area without legal authority, justification, or the restraints person permission, actual physical restraint is not necessary for false imprisonment to occur, **false imprisonment claims may be based on private acts, or upon wrongful government detention, For detention by police**, Proof of false imprisonment provides a basis to obtain a writ of habeas corpus.
-15 cv 3152 and 15 3373

False imprisonment is an intentional tort. A tort is a wrongful act that causes harm to another, harm can be a physical or psychological injury, or damage to property,the type of tort can be decided by the mental state of the tort feasor.

Invalid use of legal authority-

Illegal detainment of a person without a warrant, with an illegal warrant, and with warrant illegally executed, so long as the person is deprived of his or her personal liberty,the amount of time actually detained is inconsequential. Schennck v. pro choice network 516 us 357 1997.

42 U.S.C 1985  conspiracy to interfere with civil rights laws was hacked and altered part truth.